clf\watson-nco\pleadings\notice of dismissal041307

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES M. WATSON  Plaintiff  vs.  NCO FINANCIAL SYSTEMS, INC., et al.  Defendant | CIVIL ACTION  NO. 06-cv-1502 |
|---|---|

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

    Pursuant to Rule 41(a)(1), kindly dismiss the above matter with prejudice.

Date:  04/13/07                             /s/ *Cary L. Flitter*
                                            CARY L. FLITTER
                                            Attorney for Plaintiff

                                            LUNDY, FLITTER,
                                            BELDECOS & BERGER, P.C.
                                            450 N. Narberth Avenue
                                            Narberth, PA 19072
                                            (610) 822-0782