IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. WATSON | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | NO. 06-cv-1502 |
|     v. | : | |
| NCO FINANCIAL SYSTEMS, INC., ET AL. | : | |
|     Defendant. | : | |

O R D E R

AND NOW, this 16th day of April 2007, it having been reported that the Plaintiff,

James M. Watson has moved to dismiss this action, and pursuant to the provisions of Rule

41.(a)(1), of the Fed. R. Civil Procedure, it is hereby ORDERED that this matter is DISMISSED

with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The

Clerk of Court is directed to statistically close this matter.


BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J